**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 1 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HANFORD GUARDS UNION LOCAL 21, HGU or Union,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>BRIAN VANCE, in his official capacity, Manager of the Department of Energy and HANFORD MISSION INTEGRATION SOLUTIONS, LLC, HMIS or Employer,<br><br>　　　　Defendants - Appellees. | No. 25-112<br><br>D.C. No. 4:24-cv-05169-SAB<br>Eastern District of Washington, Richland<br><br>ORDER |

Before: SILVERMAN, BADE, and DE ALBA, Circuit Judges.

　　Appellant appeals from the district court's denial of its motion for a temporary restraining order. On February 24, 2025, the district court entered a final order dismissing this action. Consequently, even if the district court's denial of the motion for a temporary restraining order is appealable as the denial of a preliminary injunction, this appeal is dismissed as moot. *See SEC v. Mount Vernon Mem'l Park*, 664 F.2d 1358, 1361 (9th Cir. 1982) (district court's entry of final judgment renders pending appeal from preliminary injunction moot); *see also Religious Tech. Ctr. v. Scott*, 869 F.2d 1306, 1308 (9th Cir. 1989) (denial of

temporary restraining order is appealable only if the denial is tantamount to the denial of a preliminary injunction).

All pending motions are denied as moot.

**DISMISSED.**